PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
JARED S. WIESNER
Department of Justice
Civil Division - Fraud Section
Commercial Litigation Branch
U.S. Department of Justice
175 N Street, NE
Washington, D.C.  20002
Telephone: (202) 353-1274
Facsimile: (202) 541-0280

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, BELL HILL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SEASHOLTZ; SWEETWOOD FARM CO. LLC; MENDOTA LAND COMPANY; SWEETWOOD FARM INC; SEASHOLTZ CO. LLC; and BANK OF THE WEST,<br><br>Defendants. | CASE NO.  1:20-CV-00942-ADA-BAM<br><br>**[PROPOSED] ORDER GRANTING THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL**<br><br>**FILED UNDER SEAL** |

[PROPOSED] ORDER

The United States having intervened in part in this action and having declined to intervene in part in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. the relator's complaint, the United States' Notice of Election to Intervene in Part for Purposes of Settlement and to Decline to Intervene in Part and Request to Unseal, and this Order be unsealed;

2. all other papers or Orders on file in this matter shall remain under seal;

3. the seal be lifted on all other matters occurring in this action after the date of this Order; and that

4. all orders of this Court shall be sent to the United States.

IT IS SO ORDERED.

Dated:   **December 23, 2022**          /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE