PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
JARED S. WIESNER
Department of Justice
Civil Division - Fraud Section
Commercial Litigation Branch
U.S. Department of Justice
175 N Street, NE
Washington, D.C. 20002
Telephone: (202) 353-1274
Facsimile: (202) 541-0280

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, BELL HILL, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN SEASHOLTZ; SWEETWOOD FARM CO. LLC; MENDOTA LAND COMPANY; SWEETWOOD FARM INC; SEASHOLTZ CO. LLC; and BANK OF THE WEST,<br><br>　　　　　Defendants. | CASE NO. 1:20-CV-00942-ADA-BAM<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL BY THE UNITED STATES AND RELATOR** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a), the United States of America, and Relator Bell Hill, LLC ("Relator"), hereby stipulate that the above-captioned action shall be dismissed pursuant to the terms of the attached settlement agreement (the "Settlement Agreement") between Relator, the United States, and Defendants John Seasholtz, Sweetwood Farm Co. LLC, Mendota Land Company, Sweetwood Farm Inc., and Seasholtz Co. LLC ("Seasholtz Defendants") with an effective date of December 21, 2022.  The United States previously declined to intervene as to claims against Defendant Bank of the West.  (Doc. 25.)

The United States and Relator accordingly stipulate to the entry of the attached proposed Order dismissing the False Claims Act claims asserted in this action on behalf of the United States.  The dismissal shall be with prejudice as to the Relator.  The claims against the Seasholtz Defendants shall be dismissed with prejudice as to the United States with respect to the Covered Conduct as defined in the Settlement Agreement, and otherwise without prejudice.  The claims against Bank of the West shall be dismissed without prejudice to the United States.

A proposed order accompanies this notice.

Dated: July 11, 2023

PHILLIP A. TALBERT
United States Attorney

 */s/ Emilia P. E. Morris*
EMILIA P. E. MORRIS
Assistant United States Attorney

Dated: July 11, 2023

 */s/ Justin Berger*
JUSTIN BERGER
Cotchett, Pitre & McCarthy, LLP
Attorney for Relator

**CERTIFICATE OF SERVICE BY E-MAIL**

The undersigned hereby certifies that she is an employee working in the United States Attorney's Office for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on July 11, 2023, she served a copy of

**JOINT STIPULATION OF VOLUNTARY DISMISSAL BY THE UNITED STATES AND RELATOR**

via email only to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known email address(es).

**Addressee(s)**:

Justin T. Berger
jberger@cpmlegal.com

                                        /s/ Marcela Vasquez
                                        Marcela Vasquez